| | |
|---|---|
| 1 | CDF LABOR LAW LLP |
|   |    Alison L. Tsao, State Bar No. 198250 |
| 2 |    atsao@cdflaborlaw.com |
|   |    Carolina A. Schwalbach State Bar No. 280783 |
| 3 |    cschwalbach@cdflaborlaw.com |
|   | 600 Montgomery Street, Suite 440 |
| 4 | San Francisco, CA 94111 |
|   | Telephone:  (415) 981-3233 |
| 5 | |
|   | NEAL GERBER & EISENBERG LLP |
| 6 |    Sonya Rosenberg, Illinois State Bar No. 6293663 |
|   |    srosenberg@nge.com |
| 7 |    Alissa J. Griffin, Illinois State Bar No. 63359601 |
|   |    agriffin@nge.com |
| 8 | 2 North LaSalle Street, Suite 1700 |
|   | Chicago, IL  60602 |
| 9 | Telephone: (312) 269-8000 |
| 10 | *Pro Hac Vice Applications Forthcoming* |
| 11 | |
| 12 | Attorneys for Defendant |
|   | PAGAYA INVESTMENTS US LLC |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL CANNATELLA, | ) Case No. |
|  | ) |
|     Plaintiff, | ) Los Angeles County Superior Court |
|     vs. | ) Case No.: 22SMCV01533 |
|  | ) |
| PAGAYA INVESTMENTS US LLC, a Delaware limited liability company, | ) **CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |
|  | ) |
|     Defendant. | ) Filed concurrently with: |
|  | ) - Civil Cover Sheet; |
|  | ) - Notice of Removal; and |
|  | ) - Decl. of Andrew Bauer |
|  | ) |
|  | ) Action Filed:   September 8, 2022 |
|  | ) |
|  | ) |

CAROTHERS DiSANTE & FREUDENBERGER LLP

CERTIFICATE OF INTERESTED ENTITIES OR PERSONS

1 | Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for
2 | PAGAYA INVESTMENTS US LLC certifies the following:
3 |     1.    Pagaya Investments US LLC is a wholly subsidiary of Pagaya Technologies Ltd., a
4 | publicly held company organized under the laws of the state of Israel.

8 | Dated: October 26, 2022            CDF LABOR LAW LLP

                                      By: _____/s/ Alison_____
                                              Alison L. Tsao
                                      Attorneys for Defendant
                                      PAGAYA INVESTMENTS US LLC

34487058.2

CERTIFICATE OF INTERESTED ENTITIES OR PERSONS