CDF LABOR LAW LLP
  Alison L. Tsao, State Bar No. 198250
  atsao@cdflaborlaw.com
  Carolina A. Schwalbach, State Bar No. 280783
  cschwalbach@cdflaborlaw.com
707 Wilshire Boulevard, Suite 5150
Los Angeles, CA 90017
Telephone: (213) 612-6300

NEAL GERBER & EISENBERG LLP
NEAL GERBER & EISENBERG LLP
  Sonya Rosenberg, Illinois State Bar No. 6293663
  srosenberg@nge.com
  Alissa J. Griffin, Illinois State Bar No. 63359601
  agriffin@nge.com
2 North LaSalle Street, Suite 1700
Chicago, IL  60602
Telephone: (312) 269-8000
Pro Hac Vice Applications Pending

Attorneys for Defendant
PAGAYA INVESTMENTS US LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CANNATELLA, an individual,<br><br>    Plaintiff,<br><br>  vs.<br><br>PAGAYA INVESTMENTS US LLC, a Delaware limited liability company,<br><br>    Defendant. | Case No. 2:22-cv-07819-RSWL (KSx)<br><br>Los Angeles County Superior Court Case No.: 22SMCV01533<br><br>**NOTICE OF SETTLEMENT** |

NOTICE OF SETTLEMENT

CDF LABOR LAW LLP

2111681.1

1  Defendant, Pagaya Investments US, LLC. ("Defendant") hereby notifies the
2  Court that the parties have reached a settlement in principle.  The parties have
3  exchanged a draft of the settlement agreement and expect that the settlement will be
4  completed within 30 days.  Once the settlement is finalized, the parties will file a
5  stipulation of dismissal with prejudice in accordance with Federal Rule of Civil
6  Procedure 41(a)(1)(A)(ii).

Dated:  January 17, 2023        CDF LABOR LAW LLP

By: */s/ Carolina A. Schwalbach*
   Carolina A. Schwalbach
   Attorneys for Defendant

# **PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO.

I, the undersigned, declare that I am employed in the aforesaid County, State of California. I am over the age of 18 and not a party to the within action. My business address is 600 Montgomery Street, Suite 440, San Francisco, CA 94111. On January 17, 2023, I served upon the interested party(ies) in this action the following document described as: NOTICE OF SETTLEMENT

By the following method:

| | |
|---|---|
| Robert W. Ottinger<br>Paraskevi Batsikas<br>THE OTTINGER FIRM, P.C.<br>Mission Street<br>San Francisco, CA 94105<br>Tel.: (415) 262-0096<br><br>E-MAIL: robert@ottingerlaw.com;<br>paraskevi@ottingerlaw.com | Sonya Rosenberg, Esq.<br>Alissa J. Griffin, Esq.<br>NEAL GERBER & EISENBERG LLP<br>2 North LaSalle St., Suite 1700<br>Chicago, IL 60602<br><br>E-MAIL: srosenberg@nge.com;<br>agriffin@nge.com |

[X] By placing such envelope(s) with postage thereon fully prepaid into CDF Labor Law LLP's interoffice mail for collection and mailing pursuant to ordinary business practice. I am familiar with the office practice of CDF Labor Law LLP for collecting and processing mail with the United States Postal Service, which practice is that when mail is deposited with the CDF Labor Law LLP personnel responsible for depositing mail with the United States Postal Service, such mail is deposited that same day in a post box, mailbox, sub-post office, substation, mail chute, or other like facility regularly maintained by the United States Postal Service in San Francisco, California.

[X] **via CM/ECF (registered)**: I hereby certify I electronically filed the above-referenced document(s) and that they are available for viewing and downloading on the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 17, 2023, at San Francisco, California.

   Tai Washington                                   *Tai Washington*
  (Type or print name)                               (Signature)