# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CANNATELLA, an individual,<br><br>    Plaintiff,<br><br>  vs.<br><br>PAGAYA INVESTMENTS US LLC, a Delaware limited liability company,<br><br>    Defendant. | Case No. 2:22-cv-07819_RSWL-KSx<br><br>**ORDER RE NOTICE OF SETTLEMENT AND UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Action Filed:  September 8, 2022 |

Pursuant to the Parties' Notice of Settlement and Unopposed Motion For An Extension of Time to Answer Plaintiff's Complaint, IT IS ORDERED that Defendant's time to respond to Plaintiff's Complaint is extended to February 17, 2023.

Dated: January 18, 2022

                                      */S/ RONALD S.W. LEW*
                                      The Honorable Ronald S. W. Lew
                                      U.S. District Court Judge