1  Robert Ottinger (SBN 156825)
2  **THE OTTINGER FIRM, P.C.**
   535 Mission Street, 14th Floor
3  San Francisco, CA 94133
   Tel: (415) 262-0096
4  Fax: (212) 571-0505
   robert@ottingerlaw.com
5
6  *Attorney for Plaintiff Michael Cannatella*

7
8              **UNITED STATES DISTRICT COURT**
9              **CENTRAL DISTRICT OF CALIFORNIA**

10 | MICHAEL CANNATELLA, an individual | Case No.: 2:22-cv-07819-RSWL (KS) |
11 | Plaintiff, | Los Angeles County Superior Court Case No.: 22SMCV01533 |
12 | vs. | |
13 | PAGAYA INVESTMENTS US LLC, a Delaware limited liability company, | **NOTICE OF SETTLEMENT** |
14 | | Action Filed:   September 8, 2022 |
15 | Defendants. | |

1  Plaintiff Michael Cannatella ("Plaintiff") hereby notifies the Court that the parties finalized
2  and executed the settlement agreement on January 31, 2023. The parties will be filing a stipulation of
3  dismissal with prejudice in accordance with Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

5  Dated: February 1, 2023                    **THE OTTINGER FIRM, P.C.**

7                                             BY:  /s/ Robert Ottinger
                                                   **ROBERT OTTINGER**
8                                                  *Attorney for Plaintiff*