
JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CANNATELLA, an individual<br><br>Plaintiff,<br><br>vs.<br><br>PAGAYA INVESTMENTS US LLC, a Delaware limited liability company,<br><br>Defendant. | Case No.: 2:22-cv-07819-RSWL (KSx)<br><br>**ORDER RE STIPULATION OF DISMISSAL**<br><br>Action Filed:   September 8, 2022 |

Pursuant to the parties' Stipulation of Dismissal [Dkt. No. 28], IT IS HEREBY ORDERED that this action is dismissed with prejudice in its entirety, with each party to bear their own costs and attorneys' fees.

The Clerk of the Court is DIRECTED to terminate this action.

Dated: February 15, 2023

/S/ RONALD S.W. LEW
The Honorable Ronald S. W. Lew
United States District Court Judge